IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DANIEL KELLEY, #L2563**                                                            **PLAINTIFF**

**V.**                                           **CIVIL ACTION NO. 3:14-cv-512-DPJ-FKB**

**J. BUSCHER, ET AL**                                                     **DEFENDANTS**

**AMENDED CERTIFICATE OF SERVICE FOR
MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM
BY DEFENDANTS DERRICK EDWARDS, M.D. AND OLLIE LITTLE**

Defendant Derrick Edwards, M. D. and Defendant Ollie Little served via United States Postal Service their Motion for Summary Judgment and exhibits thereto [Dkt. 46] and their supporting Memorandum [Dkt.47] on Plaintiff Daniel Kelley #L2563 at the following Address:

>Daniel Kelley
>\# 18277043
>F.C.I.
>PO Box 15330
>Ft. Worth, TX 76119

Those pleadings and exhibits were returned on July 16, 2015, by the United States Postal Service with the notation "Return to sender, No such number, Unable to forward, Return to sender".

Upon examining the docket, it shows that Plaintiff's address is:

>M.C.D.C.
>2935 HWY 51 N
>CANTON, MS 39046

Today, a copy of Defendant's Motion for Summary Judgment and exhibits thereto [Dkt. 46] and supporting Memorandum [Dkt.47] are being served via United States Postal Service on Plaintiff at that address.

RESPECTFULLY SUBMITTED, this the 16th day of July, 2015.

                                                OLLIE LITTLE and
                                                DERRICK EDWARDS, M.D.

                                                */s/ Robert H. Pedersen*
                                                Robert H. Pedersen (MSB #4084)

OF COUNSEL:
Walter T. Johnson, Esq. (MSB #8712)
Robert H. Pedersen, Esq. (MSB #4084)
WATKINS & EAGER PLLC
P. O. Box 650
Jackson, Mississippi 39205
Phone:  (601) 965-1900
wjohnson@watkinseager.com
bpedersen@watkinseager.com
      *Attorneys for Defendants Ollie Little and Derrick Edwards, M.D.*

## CERTIFICATE OF SERVICE

      I, Robert H. Pedersen, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

      Steven James Griffin
      Daniel, Coker, Horton & Bell
      P. O. Box 1084
      Jackson, MS 39215-1084
        *Attorneys for Jerry Buscher*

and I certify that I mailed a true and correct copy of the above and foregoing by U.S. Mail, postage prepaid, to the following non-ECF participant:

            Daniel Kelley
            # 68043
            M.C.D.C.
            2935 HWY 51 N
            CANTON, MS 39046
            *Pro Se Plaintiff*

Dated this the 16th day of July, 2015.

                                                */s/ Robert H. Pedersen*