UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DANIEL KELLEY                                                                                    PLAINTIFF

V.                                                         CIVIL ACTION NO. 3:14CV512 DPJ-FKB

J. BUSCHER, DERRICK EDWARDS, AND
OLLIE LITTLE                                                                                  DEFENDANTS

JUDGMENT

For the reasons described in the Court's Order entered in this cause on this day, the Court finds that the Report and Recommendation [71] of Magistrate Judge F. Keith Ball should be adopted as the opinion of this Court.  This action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 14th day of December, 2015.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE